# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** June 8, 2023

**CASE OF:**   IN RE: AMENDMENTS TO FLORIDA RULES OF GENERAL PRACTICE AND JUDICIAL ADMINISTRATION 2.420 AND 2.533

**DOCKET NO.:** SC2023-0014

**OPINION FILED:** May 11, 2023

## ATTENTION:  ALL PUBLISHERS

**THE FOLLOWING CORRECTIONS HAVE BEEN MADE IN THE ABOVE OPINION:**

On page 7, line 3, the strikethrough type was removed from the number "6" in the parenthetical, and the underlined "7" was deleted from the parenthetical.

On page 7, line 6, the strikethrough type was removed from the number "7" in the first set of parentheticals, and the underlined "8" was deleted from the first set parentheticals.

On page 7, line 6, the strikethrough type was removed from the number "8" in the second set of parentheticals, and the underlined "9" was deleted from the second set of parentheticals.

On page 8, line 30, the underlined word "must" was added, and the letter "s" was deleted from the word "reviews" in the first sentence.

On page 8, line 35, the underlined word "must" was added, the strikethrough type was removed from the word "notify" and the word "notifies" was deleted from the second sentence.

On page 9, line 1, the underlined word "must" was added, and the letter "s" was deleted from the word "maintains" in the second sentence.

On page 9, line 3, the underlined word "must" was added, the word "is" was deleted, and the strikethrough type was removed from the word "be" in the third sentence.

**SIGNED:  OPINION CLERK**